UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LISA ALLEN,                                           :
                                                      :
                    Plaintiff,           :
                                                      :       NOTICE OF CHANGE
        -against-                           :
                                                      :
CITY OF NEW YORK, et al.,                             :
                                                      :
                  Defendants.          :
                                                      :
                                                      :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE THAT** Plaintiff's counsel's contact information has changed. I respectfully request that the Clerk of the Court modify the docket to reflect the following contact information (in particular my physical address, fax number and email address have changed). Although I have updated my registration with the Court to reflect this information, the instant litigation predates that registration update.

                              The Law Office of Ryan Lozar
                              305 Broadway, 9th Floor
                              New York, NY 10007
                              Telephone: 310-867-1562
                              Fax: 1-877-666-4456
                              ryanlozar@gmail.com

DATED:     January 29, 2016
                New York, New York

                                      /s
                                Ryan Lozar  (RL0229)

                                *Attorney for Plaintiff*